```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF MARYLAND
```

RACHEL NEWELL,                            :

    Plaintiff,                         :
v.
                                                              :   Civil Action No. GLR-12-1156

LANCE BLACK, et al.,
                                                              :

    Defendants.
                                                              :

## **ORDER**

    THIS MATTER is before the Court on Defendants Northland Group, Inc., Lance Black, and Jeffrey Olson's Motion for Entry of Dismissal with Prejudice (ECF No. 16) of Plaintiff Rachon Newell's Complaint (ECF No. 1).  As evidenced by Ms. Newell's restrictive endorsement of a settlement check in the amount of $1,000 on July 26, 2012, Ms. Newell agreed to sign a stipulation of dismissal, with prejudice, in the above captioned case. (<u>See</u> Mot. for Entry of Dismissal with Prejudice Ex. 2, at 1).  Upon consideration of the record, including Ms. Newell's restrictive endorsement of the settlement check, it is this 21st day of August, 2012, hereby

    ORDERED that Defendants' Motion for Entry of Dismissal with Prejudice (ECF No. 16) is GRANTED.  It is

FURTHER ORDERED that Defendants' Motions to Dismiss for Lack of Jurisdiction (ECF Nos. 6, 7) and Motion to Dismiss for Failure to State a Claim (ECF No. 8) are DENIED AS MOOT.

The Clerk is directed to MAIL a copy of this Order to Plaintiff at her address of record and CLOSE the case.

SO ORDERED this 21st day of August, 2012.

/s/
_____
George L. Russell, III
United States District Judge